

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00099-CV

**IN THE INTEREST OF K.N.B.**, a Child

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2013EM502426
Honorable James Rausch, Judge Presiding

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
                Irene Rios Justice
                Beth Watkins, Justice

Delivered and Filed: November 20, 2024

DISMISSED FOR WANT OF PROSECUTION

Pro se appellant Daniel Bios appeals the trial court's February 5, 2024 modification order. Appellant filed his pro se brief on August 16, 2024. Because the brief did not comply with Rules 9.4 and 38.1 of the Texas Rules of Appellate Procedure, we struck the brief and ordered appellant to file an amended brief by September 19, 2024. Neither the brief nor a motion for extension of time was filed. We therefore ordered appellant to file his amended brief and a written response reasonably explaining his failure to timely file the amended brief by October 14, 2024. We advised appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3 (court may dismiss appeal for want of prosecution or because appellant has failed to comply

with a court order within the time provided). Appellant has not filed an amended brief or the written response ordered by the court.

Accordingly, this appeal is dismissed.

PER CURIAM